FILED
CLERK, U.S. DISTRICT COURT
11/12/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN DANIEL ANGEL,<br>DANIEL ANGEL,<br>aka “Rayo,”<br>RODOLFO ANGEL,<br>aka “Rudy,”<br>aka “Flaco,”<br>JOSE LUIS ANGEL,<br>aka “Joe,”<br>DONTA HEDGEMAN,<br>aka “Dret,”<br>FERNANDO ALEXIS ALVARADO VILLEGAS,<br>DANIEL GARCIA,<br>CARLOS ROBERT ESTRADA,<br>aka “JD,”<br>ANGEL SANCHEZ,<br>aka “Fluffy,”<br>RUBEN MARIO BANUELOS,<br>aka “Bubu,”<br>FREDY MARQUINA,<br>CARLOS LUIS FERNANDO MARTINEZ,<br>JORGE ANGEL AGUILAR ESPINOZA,<br>RICARDO MARES,<br><br>Defendants. | CR 2:26-cr-00740-PA<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 371: Conspiracy to Commit Interstate Railroad Cargo Theft, Possession or Receipt of Stolen Interstate Railroad Cargo, and Violence Against Railroad Carriers; 18 U.S.C. § 659: Theft of Interstate Railroad Cargo and Possession or Receipt of Stolen of Interstate Railroad Cargo; 18 U.S.C. § 1992(a)(1): Violence Against Railroad Carriers; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Nike, Inc. ("Nike") was an athletic footwear and apparel corporation headquartered in the United States. Nike sold shoes, including sneakers, both directly to consumers and through authorized Nike resellers.

2. Milwaukee Electric Tool Corporation ("Milwaukee") was a manufacturer of tools, instruments, accessories; HOKA ("Hoka") was an athletic footwear and apparel company owned by Deckers Outdoor Corp.; JBL was an electronics and digital device brand owned by Harman International Industries, Inc.; Crocs, Inc. ("Crocs") was a footwear company.

3. Company 1 was a sneaker and streetwear resale brand with headquarters in Los Angeles, California. Among other products, Company 1 bought and resold desirable or "high heat" sneakers. Company 1 was not an authorized Nike reseller, meaning that it was not a business contractually approved by Nike to buy and resell Nike sneakers.

4. Shipping containers with Nike sneakers and other freight routinely entered the Central District of California from international destinations via the Ports of Los Angeles and Long Beach. After arriving at a port, Nike sneakers and other freight would often be loaded onto trains in the Central District of California, including in the cities of Long Beach and Commerce. The trains were operated by carrier companies ("Carriers"), which were companies that specialize in transporting cargo for other individuals or companies for further distribution via road and/or rail throughout

the United States. Many of the shipments burglarized during the conspiracy were bound for retailers and distribution centers outside California, including in Indiana, Kansas, Texas, and Pennsylvania. Two such Carriers were the Union Pacific Railroad Company and Burlington Northern Santa Fe Railway ("BNSF").

5. Freight trains were among the largest and heaviest forms of transportation operating in the United States. The brakes on freight trains were generally controlled through continuous air hoses that ran along the length of the trains. Intentionally cutting a train's air hose would cause a sudden loss of air pressure, causing the brakes to unexpectedly engage, and forcing an emergency stop of the entire train. The dramatic, unplanned forces of such emergency stops could cause couplers to fail, wheels to climb the rail, equipment to separate, or railroad cars to derail from the tracks. Freight train derailments could involve multiple railroad cars leaving the track at high weight and speed, endangering lives.

6. These introductory allegations are incorporated into each count of the Indictment.

COUNT ONE

[18 U.S.C. § 371]

[ALL DEFENDANTS]

A. OBJECT OF THE CONSPIRACY

Beginning on an unknown date, but no later than February 6, 2024, and continuing through at least November 2026, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL ("NATHAN ANGEL"); DANIEL ANGEL, also known as ("aka") "Rayo"; RODOLFO ANGEL, aka "Rudy" and "Flaco"; JOSE LUIS ANGEL, aka "Joe" ("JOSE ANGEL"); DONTA HEDGEMAN, aka "Dret"; FERNANDO ALEXIS ALVARADO VILLEGAS; DANIEL GARCIA; CARLOS ROBERT ESTRADA, aka "JD"; ANGEL SANCHEZ, aka "Fluffy"; RUBEN MARIO BANUELOS, aka "Bubu"; FREDY MARQUINA; CARLOS LUIS FERNANDO MARTINEZ; JORGE ANGEL AGUILAR ESPINOZA; and RICARDO MARES conspired with each other and with others known and unknown to the Grand Jury to commit offenses against the United States, namely, Interstate Railroad Cargo Theft and Possession or Receipt of Stolen Interstate Railroad Cargo, in violation of Title 18, United States Code, Section 659, and Violence Against Railroad Carriers, in violation of Title 18 United States Code, Section 1992(a)(1).

Through this conspiracy, defendants NATHAN ANGEL, DANIEL ANGEL, RODOLFO ANGEL, JOSE ANGEL, HEDGEMAN, VILLEGAS, GARCIA, ESTRADA, SANCHEZ, BANUELOS, MARQUINA, MARTINEZ, ESPINOZA, and MARES, and other co-conspirators known and unknown to grand jury, did knowingly and willfully conspire to: (1) steal and unlawfully take, carry away, and conceal goods valued at $1,000 or more, namely, more than $22 million worth of authentic Nike sneakers, as well as other products, from railroad cars, with the intent to convert the good to their own use,

which goods were moving as, and which were part of, and which constituted an interstate and foreign shipment of freight and property; (2) buy, receive, and possess such stolen goods and chattels, knowing the same to have been stolen and embezzled; and (3) knowingly and without lawful authority or permission wreck, derail, or disable railroad on-track equipment. Train burglary crews linked to the conspiracy burglarized more than 70 train containers during the course of the conspiracy.

B. <u>MANNER AND MEANS OF THE CONSPIRACY</u>

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Defendant NATHAN ANGEL and others known and unknown to the Grand Jury, would identify high-value trains belonging to the Carriers traveling through the Central District of California. Defendant NATHAN ANGEL and his co-conspirators would target trains containing authentic Nike sneakers and other products for resale. Defendants NATHAN ANGEL, HEDGEMAN, and ESTRADA, and others known and unknown to the Grand Jury, would break into the train containers and then steal, unlawfully take, and unlawfully carry away Nike sneakers and other products from the trains, with the intent to convert them to their own use.

2. Defendant NATHAN ANGEL would coordinate the movements of defendants DANIEL ANGEL, RODOLFO ANGEL, JOSE ANGEL, HEDGEMAN, VILLEGAS, GARCIA, ESTRADA, SANCHEZ, and BANUELOS to facilitate the theft of train cargo and receipt of stolen train cargo. At defendant NATHAN ANGEL's direction, defendants DANIEL ANGEL, RODOLFO ANGEL, JOSE ANGEL, VILLEGAS, ESTRADA, and SANCHEZ would rent or use trucks and vans to drive burglars to the train tracks, where the burglars

would board the trains. Defendants DANIEL ANGEL, RODOLFO ANGEL, JOSE ANGEL, VILLEGAS, ESTRADA, and SANCHEZ would also act as lookouts.

3. Defendant NATHAN ANGEL and other co-conspirators would pre-determine a location along the tracks to disable the trains. Defendant HEDGEMAN and other co-conspirators would then cut the air hose of the trains, forcing the trains to come to an emergency stop. Defendants DANIEL ANGEL, RODOLFO ANGEL, JOSE ANGEL, VILLEGAS, ESTRADA, and SANCHEZ would meet the train burglars at the location of the stopped train; assist in loading stolen train cargo into trucks and vans; and then transport the stolen cargo to stash houses in the Central District of California, including the residences of defendants VILLEGAS, GARCIA, and DANIEL ANGEL. Defendant BANUELOS would act as a lookout and would assist in transporting stolen train cargo to the stash houses.

4. Defendant NATHAN ANGEL would alert defendant GARCIA as to what products defendant NATHAN ANGEL and his co-conspirators had stolen from the trains. Defendants NATHAN ANGEL and GARCIA would discuss resale prices for the stolen products and transportation logistics.

5. Defendant NATHAN ANGEL would also send photographs of the stolen Nike sneakers and other products, often while defendant NATHAN ANGEL and his co-conspirators were still burglarizing the trains, to defendants MARQUINA, MARTINEZ, ESPINOZA, and others known and unknown to the Grand Jury.

6. Defendants MARQUINA, MARTINEZ, and ESPINOZA would knowingly buy, receive, and take into their possession stolen products, including Nike sneakers stolen by defendant NATHAN ANGEL, knowing that the products had been stolen.

7. After receiving stolen products, defendant MARQUINA would then contact potential buyers, including representatives of Company 1. Defendant MARQUINA would offer to sell the stolen products and negotiate the terms of the sale with the buyers. Defendant MARQUINA would direct buyers to pay for the stolen products by sending money either to defendants MARQUINA or MARTINEZ. Defendants MARQUINA, MARTINEZ, and MARES would then deliver the stolen products to locations designated by the buyers.

8. Company 1 was a sneaker resale business. Defendants MARQUINA and MARTINEZ and Co-Conspirator 1 would sell stolen Nike sneakers and other stolen products to Company 1. Company 1 would then sell the stolen products for a profit. From approximately May 2025 to October 2025, defendants MARQUINA and MARTINEZ sold thousands of pairs of stolen Nike sneakers, many in their original Nike factory cartons, to Company 1 and received approximately $1,081,493 from Company 1, including for stolen Nike sneakers and other stolen products.

9. Defendant ESPINOZA would obtain stolen Nike sneakers and other stolen products from suppliers, including defendant NATHAN ANGEL. Defendant GARCIA would help deliver the stolen Nike sneakers and other products to defendant ESPINOZA's residence in Los Angeles, where defendant ESPINOZA would store them. Defendant ESPINOZA would advertise the stolen products to potential buyers, including through his social media accounts. Defendant ESPINOZA would then sell the stolen products to buyers for a profit.

C. OVERT ACTS

In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendants NATHAN ANGEL, DANIEL

ANGEL, RODOLFO ANGEL, JOSE ANGEL, HEDGEMAN, VILLEGAS, GARCIA, ESTRADA, SANCHEZ, BANUELOS, MARQUINA, MARTINEZ, ESPINOZA, and MARES, and others known and unknown to the Grand Jury, committed various overt acts including, but not limited to, the following:

**A. <u>February 6, 2024 – Nike Train Burglary</u>**

<u>Overt Act No. 1:</u> On February 6, 2024, defendant NATHAN ANGEL and at least two co-conspirators burglarized a train and stole, among other products, hundreds of Nike Dunk Low sneakers and other Nike shoes with an estimated retail value of $167,310.

<u>Overt Act No. 2:</u> On February 6, 2024, at approximately 3:26 a.m., defendant NATHAN ANGEL videoed himself and two co-conspirators in the process of burglarizing the Nike train, as depicted below.








Still images from defendant NATHAN ANGEL's video of the February 6, 2024 Nike train burglary

**B. <u>October 6, 2024 – Nike Train Burglary</u>**

<u>Overt Act No. 3:</u> On October 6, 2024, defendants NATHAN ANGEL and HEDGEMAN burglarized a train and stole, among other products, Nike Air Max sneakers and other Nike shoes.

<u>Overt Act No. 4:</u> On October 6, 2024, at 4:44 p.m., defendant NATHAN ANGEL filmed defendant HEDGEMAN sawing through a container lock on the moving train, as depicted below.



Still image from defendant NATHAN ANGEL's video of defendant HEDGEMAN during the October 6, 2024 train burglary.

C. **February 3, 2025 – Nike Train Burglary**

Overt Act No. 5: Between January 30, 2025, and February 3, 2025, co-conspirators burglarized a train and stole, among other products, approximately 3,834 pairs of Nike sneakers, including Nike P-6000 sneakers, with an estimated retail value of $281,700.

Overt Act No. 6: On February 3, 2025, Co-Conspirator 1, through intermediaries, accepted $10,000 in cash and $23,120 via wire from Company 1 in exchange for approximately 828 pairs of the stolen Nike P-6000 sneakers.

Overt Act No. 7: On February 4, 2025, Co-Conspirator 1 delivered approximately 828 pairs of stolen Nike P-6000 sneakers to Company 1's warehouse in Santa Monica.

**D. February 11, 2025 - Nike Train Burglary**

Overt Act No. 8: On February 11, 2025, defendants NATHAN ANGEL, HEDGEMAN, VILLEGAS, and ESTRADA traveled to the area of the BNSF train tracks in the Central District of California near Pico Rivera, California.

Overt Act No. 9: On February 11, 2025, defendants NATHAN ANGEL and HEDGEMAN burglarized a BNSF train and stole, among other products, hundreds of Nike Dunk Low SE sneakers with an estimated retail value of $96,750.

Overt Act No. 10: On February 11, 2025, between approximately 1:30 a.m. and 5:00 a.m., defendant NATHAN ANGEL called defendants RODOLFO ANGEL, HEDGEMAN, VILLEGAS, ESTRADA, and GARCIA.

Overt Act No. 11: On February 11, 2025, defendant RODOLFO ANGEL delivered the stolen train cargo to defendant GARCIA's residence, where defendant GARCIA inventoried it.

Overt Act No. 12: On February 11, 2025, defendant NATHAN ANGEL offered to sell the stolen Nike sneakers to defendants ESPINOZA and MARQUINA.

**E. February 24, 2025 - Nike Train Burglary**

Overt Act No. 13: On February 24, 2025, defendants NATHAN ANGEL, RODOLFO ANGEL, HEDGEMAN, VILLEGAS, and ESTRADA traveled to the area of the BNSF train tracks in the Central District of California.

Overt Act No. 14: On February 24, 2025, defendants NATHAN ANGEL and co-conspirators burglarized a train and stole, among other products, approximately 600 Nike Air Max Nuaxis sneakers and 318 Nike Journey Run sneakers with an estimated retail value of $91,482.

Overt Act No. 15: On February 24, 2025, at approximately 11:15 p.m., defendant NATHAN ANGEL offered to sell the stolen Nike sneakers to defendants MARQUINA and ESPINOZA.

Overt Act No. 16: On February 25, 2025, defendants RODOLFO ANGEL, VILLEGAS, and ESTRADA delivered the stolen Nike Air Max Nuaxis sneakers to defendant GARCIA's residence in Los Angeles.

Overt Act No. 17: On February 25, 2025, defendant ESPINOZA paid defendant NATHAN ANGEL and received the stolen Nike Air Max Nuaxis at defendant ESPINOZA's residence.

Overt Act No. 18: On March 21, 2025, defendant ESPINOZA uploaded the following pictures to his iCloud account, depicting stacks of cash and dozens of Nike factory cartons containing Nike Air Max Nuaxis sneakers at defendant ESPINOZA's residence:





March 21, 2025, ESPINOZA's iCloud Account

**F. April 17, 2025 – Text Messages**

Overt Act No. 19: On April 17, 2025, at approximately 1:02 p.m., Co-Conspirator 2 messaged defendant MARTINEZ using a "burner phone" that he had been arrested for receiving stolen property and "could have easily thru your name under the bus and said 'he has the remaining of the paired but I ain't like that . They want me to tell them who did I get them from and who had the other pairs . I didn't say time word"; defendant MARTINEZ responded, "Get signal / Or what's up text me," referring to the encrypted messaging applications Signal and WhatsApp.

Overt Act No. 20: On April 17, 2025, at approximately 4:07 p.m., defendant MARTINEZ messaged Co-Conspirator 2, writing, "Bro honestly you should have just told me you were gonna sell them for more … I was down to pay your bail and you pay me that back later but you out here tryna play me paps? Fr? I thought we was good pa fr / You could of made more money off me of more plays bro / Just give me my money back it's cool I don't want the shoes."

Overt Act No. 21: On April 17, 2025, at approximately 5:27 p.m., defendant MARTINEZ messaged Co-Conspirator 3, about Co-Conspirator 2 "getting caught"; defendant MARTINEZ asked to Co-Conspirator 3, "You think trackers or what? Cause we looked at the boxes / And they were empty."

Overt Act No. 22: On April 17, 2025, at approximately 5:59 p.m., defendant MARTINEZ messaged Co-Conspirator 3, "… if they raid you / Don't they take the boxes / This mf had the boxes there"; defendant MARTINEZ then sent Co-Conspirator 3 a picture of Nike factory cartons for sneakers; defendant MARTINEZ then wrote, "We unboxed them together."

G. **March 11, 2025 - Nike Train Burglary**

Overt Act No. 23: On March 10, 2025, defendants NATHAN ANGEL, HEDGEMAN, ESTRADA, VILLEGAS, and a co-conspirator traveled to the area of the BNSF train tracks in Fullerton, California.

Overt Act No. 24: On March 11, 2025, at approximately 1:58 a.m., defendant HEDGEMAN texted defendant NATHAN ANGEL, "Where should I stop it," referring to the train; at approximately 2:02 a.m., defendant NATHAN ANGEL responded by providing a pinpoint to an exact location along the train tracks.

Overt Act No. 25: On March 11, 2025, defendant NATHAN ANGEL, HEDGEMAN, and other co-conspirators burglarized a train and stole, among other products, Nike Air Max 270 sneakers.

Overt Act No. 26: On March 11, 2025, at approximately 3:20 a.m., defendants NATHAN ANGEL, VILLEGAS, and ESTRADA attempted to flee the area of the train tracks together in car that was stopped by police.

H. **March 20, 2025 - Hoka Train Burglary**

Overt Act No. 27: On March 20, 2025, defendant NATHAN ANGEL and co-conspirators burglarized a train and stole, among other products, approximately 1,331 pairs of Hoka Arahi 7 sneakers with an estimated retail value of $192,995.

Overt Act No. 28: On March 20, 2025, at approximately 11:34 p.m., defendant NATHAN ANGEL texted defendants MARQUINA and ESPINOZA offering to sell approximately 1,200 pairs of shoes.

Overt Act No. 29: On March 21, 2025, between approximately 12:04 a.m. and 2:04 a.m., defendants NATHAN ANGEL and GARCIA texted about "HOKA Arahi 7 Womens Shoes," and defendant NATHAN ANGEL noted

that defendant RODOLFO ANGEL was “On his way” with “Shoes / Hooka … He should be there in 15 min.”

Overt Act No. 30: On March 21, 2025, co-conspirators, including defendant BANUELOS, delivered boxes of stolen Hoka sneakers to defendant GARCIA’s residence in Los Angeles.

**I. April 29, 2025 - Milwaukee Tools Train Burglary**

Overt Act No. 31: On April 29, 2025, defendant NATHAN ANGEL and co-conspirators burglarized a train and stole, among other products, approximately 1,170 Milwaukee tools and 17,000 Milwaukee parts with an estimated total retail value of $245,040.

Overt Act No. 32: On April 29, 2025, defendant NATHAN ANGEL texted with defendant GARCIA about pricing the stolen tools.

Overt Act No. 33: On April 30, 2025, defendant RODOLFO ANGEL and other co-conspirators delivered the stolen tools to defendant GARCIA’s residence in Los Angeles.

Overt Act No. 34: On April 30, 2025, defendant NATHAN ANGEL offered to sell the stolen tools to defendant MARQUINA.

**J. May 14, 2025 - Crocs Train Burglary**

Overt Act No. 35: On May 14, 2025, to May 15, 2025, defendant NATHAN ANGEL and co-conspirators burglarized a train and stole, among other products, approximately 2,431 Crocs shoes and sandals with an estimated value of $14,586.

Overt Act No. 36: On May 15, 2025, defendant NATHAN ANGEL texted with defendant GARCIA about inventorying the stolen Crocs.

Overt Act No. 37: On May 15, 2025, defendant NATHAN ANGEL offered to sell the stolen Crocs to defendants MARQUINA and ESPINOZA.

Overt Act No. 38: On May 15, 2025, defendant RODOLFO ANGEL delivered the stolen Crocs to defendant GARCIA's residence in Los Angeles.

**K. May 20, 2025 - Hoka Train Burglary**

Overt Act No. 39: On May 20, 2025, to May 21, 2025, defendant NATHAN ANGEL and co-conspirators burglarized a train and stole, among other products, approximately 768 units of Hoka Challenger 8 wide sneakers with an estimated value of $119,040.

Overt Act No. 40: On May 20, 2025, defendant NATHAN ANGEL texted with defendant GARCIA about selling the stolen Hoka sneakers.

Overt Act No. 41: On May 20, 2025, defendant NATHAN ANGEL offered to sell the stolen Hoka sneakers to defendant ESPINOZA.

**L. May 22, 2025 - Milwaukee Train Burglary**

Overt Act No. 42: On May 22, 2025, to May 23, 2025, defendant NATHAN ANGEL and co-conspirators burglarized a train and stole, among other products, approximately 1,719 Milwaukee heated hoodies with an estimated value of $266,393.

Overt Act No. 43: On May 22, 2025, at 11:02 p.m., defendant NATHAN ANGEL filmed a co-conspirator burglarizing the Milwaukee train, as depicted below.




Still images from defendant NATHAN ANGEL's video
of the May 22, 2025 Milwaukee train burglary

<u>Overt Act No. 44:</u> On May 22, 2025, defendant NATHAN ANGEL texted with defendant GARCIA about pricing the stolen Milwaukee hoodies.

<u>Overt Act No. 45:</u> On May 22, 2025, defendant NATHAN ANGEL offered to sell the stolen Milwaukee hoodies to defendants MARQUINA and ESPINOZA.

<u>Overt Act No. 46:</u> On May 23, 2025, co-conspirators delivered a portion of the stolen Milwaukee hoodies to defendant GARCIA's residence in Los Angeles.

<u>Overt Act No. 47:</u> On May 24, 2025, co-conspirators delivered a portion of the stolen Milwaukee hoodies to defendant ESPINOZA's residence, where defendant ESPINOZA advertised the stolen Milwaukee hoodies for sale through his social media accounts.

<u>Overt Act No. 48:</u> On May 25, 2025, defendant ESPINOZA took the following photograph of himself:



Defendant ESPINOZA

**M. June 9, 2025 - Hoka Train Burglary**

Overt Act No. 49: On June 9, 2025, defendant NATHAN ANGEL and co-conspirators burglarized a train and stole, among other products, hundreds of Hoka Bondi 9 sneakers with an estimated value of $130,200.

Overt Act No. 50: On June 9, 2025, defendant NATHAN ANGEL texted with defendant GARCIA about inventorying the stolen Hoka sneakers.

Overt Act No. 51: On June 9, 2025, and June 10, 2025, defendant NATHAN ANGEL offered to sell the stolen Hoka sneakers to defendants MARQUINA and ESPINOZA.

**N. July 13, 2025 – Nike Train Burglary**

Overt Act No. 52: On July 13, 2025, to July 14, 2025, co-conspirators burglarized a train and stole, among other products, approximately 2,058 pairs of unreleased Nike Air Force 1 Low Baroque

Brown/Vivid Purple sneakers with an estimated retail value of $236,670.

Overt Act No. 53: On July 14, 2025, at approximately 11:32 a.m., defendant NATHAN ANGEL sent defendant MARTINEZ a photograph via Instagram of a Nike factory carton containing the stolen Nike Air Force 1 sneakers.

Overt Act No. 54: On or about July 14, 2025, at approximately 12:02 p.m., defendant GARCIA texted defendant NATHAN ANGEL a link to details about the style of Nike Air Force 1 sneakers defendant NATHAN ANGEL had stolen.

Overt Act No. 55: On July 14, 2025, at approximately 12:03 p.m., defendant NATHAN ANGEL offered to sell the stolen Nike Air Force 1 sneakers to defendants MARQUINA and ESPINOZA.

Overt Act No. 56: On July 14, 2025, at approximately 12:13 p.m., defendant MARQUINA offered to sell defendant a Company 1 representative 600 pairs of Nike Air Force 1 sneakers for $60 each, claiming they retailed for $125 each; the Company 1 representative responded, "I'll buy all air forces ... Bring asap."

Overt Act No. 57: On July 14, 2025, defendant MARQUINA asked that the Company 1 representative pay him in cash because the banks were "tripping."

Overt Act No. 58: On July 15, 2025, defendant MARQUINA accepted $10,000 in cash and defendant MARTINEZ accepted $22,500 via a wire transaction from Company 1, in exchange for the stolen Nike Air Force sneakers and other products.

Overt Act No. 59: On July 18, 2025, defendant MARQUINA took the following photograph of himself:



Defendant MARQUINA

**O. July 23, 2025 – JBL Train Burglary**

Overt Act No. 60: On July 23, 2025, defendant NATHAN ANGEL and co-conspirators burglarized a train and stole, among other products, hundreds of JBL electronics with an estimated retail value of $429,238.30.

Overt Act No. 61: On July 23, 2025, defendant NATHAN ANGEL offered to sell the JBL electronics to defendants MARQUINA and ESPINOZA.

Overt Act No. 62: On July 23, 2025, defendant MARQUINA offered to sell the JBL electronics to Company 1.

**P. July 26-27, 2025 – Offer to Sell Sneakers and Firearms**

Overt Act No. 63: On July 26, 2025, defendant ESPINOZA agreed to buy “3k pairs” of sneakers from defendant NATHAN ANGEL and texted, “Yo have they checked the boxes for trackers? / Did they open them.”

Overt Act No. 64: On July 27, 2025, defendant ESPINOZA offered to sell defendant NATHAN ANGEL three Glock 9mm pistols.

**Q. July 28, 2025 – JBL Train Burglary**

Overt Act No. 65: On July 28 and 29, 2025, defendants NATHAN ANGEL, HEDGEMAN, VILLEGAS, and ESTRADA burglarized a train and stole hundreds of JBL electronics with an estimated retail value of $158,154.25.

Overt Act No. 66: On July 28, 2025, defendant NATHAN ANGEL texted defendant GARCIA to assist with identifying and pricing the stolen JBL products from the train.

Overt Act No. 67: On July 29, 2025, at approximately 12:43 a.m., defendant HEDGEMAN texted defendant NATHAN ANGEL, "Where u want me to cut it," referring to cutting the train's air hose to force an emergency stop, and defendant NATHAN ANGEL responded with an Apple Maps location near the train tracks.

Overt Act No. 68: On or about July 29, 2025, at approximately 12:50 a.m., defendant NATHAN ANGEL texted defendant VILLEGAS, "Did u guys stop?" and defendant VILLEGAS responded, "Yes"; defendant NATHAN ANGEL added, "Think bc other train / Coming."

Overt Act No. 69: On July 29, 2025, defendant NATHAN ANGEL offered to sell the stolen JBL electronics from the train to defendant MARQUINA.

Overt Act No. 70: On July 29, 2025, defendant MARQUINA offered to sell the stolen JBL electronics to Company 1.

Overt Act No. 71: On July 29, 2025, defendants NATHAN ANGEL, RODOLFO ANGEL, and BANUELOS delivered the stolen JBL products to Company 1's warehouse in Santa Monica.

Overt Act No. 72: On July 29, 2025, defendant MARTINEZ accepted a wire payment in the amount of $54,345 from Company 1 in exchange for the stolen JBL electronics.

**R. August 23-26, 2025 – Nike Train Burglary**

Overt Act No. 73: Between August 23, 2025, and August 26, 2025, co-conspirators burglarized a train and stole thousands of Nike Jordan 3 Retro Family Affair (GS) sneakers with an estimated retail value of $588,600.

Overt Act No. 74: On August 26, 2025, defendant MARQUINA texted a Company 1 representative a photograph of Nike factory cartons containing stolen Nike Jordan 3 Retro Family Affair (GS) sneakers.

Overt Act No. 75: On August 27, 2025, defendant MARQUINA sold approximately 800 pairs of the stolen Nike Jordan 3 sneakers to Company 1.

Overt Act No. 76: On August 28, 2025, defendant MARQUINA caused the 800 pairs of stolen Nike Jordan 3 sneakers to be delivered to Company 1's warehouse.

Overt Act No. 77: On August 28, 2025, defendant MARTINEZ accepted a wire payment in the amount of $52,000 from Company 1.

Overt Act No. 78: On September 8, 2025, and September 9, 2025, defendant ESPINOZA received and stored hundreds of pairs of the stolen Nike Jordan 3 sneakers in Nike factory cartons at defendant ESPINOZA's residence.

**S. September 5, 2025 – Unreleased Nike Sneakers Purchase**

Overt Act No. 79: On September 5, 2025, defendant MARQUINA offered to sell Company 1 500 pairs of stolen Nike Dunk Low sneakers for $50 each; the Company 1 representative responded, "Can't find it online"; defendant MARQUINA responded, "unreleased"; and the Company 1 representative responded, "Ok I'll buy it all."

Overt Act No. 80: On September 5, 2025, defendant MARTINEZ a wire payment in the amount of $42,000 from Company 1 for the stolen products.

**T. September 21, 2025 – Nike Train Burglary**

Overt Act No. 81: On or about September 21, 2025, to on or about September 22, 2025, co-conspirators burglarized a train and stole hundreds of Nike Air Jordan 4 Retro Cozy Girl sneakers with an estimated retail value of $144,540.

Overt Act No. 82: On September 23, 2025, defendants MARTINEZ, MARQUINA, and MARES delivered the stolen Air Jordan sneakers and other stolen products to Company 1's warehouse in Santa Monica.

Overt Act No. 83: On September 23, 2025, defendant MARQUINA accepted a Zelle payment in the amount of $5,295 from Company 1, in exchange for stolen products.

Overt Act No. 84: On September 24, 2025, defendant MARTINEZ accepted a wire payment in the amount of $27,910 from Company 1, in exchange for stolen products.

Overt Act No. 85: On September 25, 2025, defendant MARTINEZ took the following photograph of himself:



Defendant MARTINEZ

Overt Act No. 86: On October 6, 2025, defendant ESPINOZA possessed a portion of the Nike Air Jordan 4 Retro Cozy Girl sneakers, stolen from the September 21, 2025, to September 22, 2025 train burglary, at defendant ESPINOZA's residence.

**U. October 1, 2025 – Nike Train Burglary**

Overt Act No. 87: On October 1, 2025, at approximately 5:00 a.m., co-conspirators burglarized a train and stole hundreds of Nike Air Max 95 sneakers with an estimated retail value of $294,120.

Overt Act No. 88: On October 1, 2025, at approximately 6:38 a.m., defendant MARQUINA texted a Company 1 representative offering to sell JBL speakers and Timberland boots at steeply discounted prices.

Overt Act No. 89: On October 1, 2025, at approximately 3:08 p.m., defendant MARQUINA texted a Company 1 representative offering to sell Nike Air Max 95 sneakers, which had been stolen from the train burglary earlier that day, writing, "600 pairs retail for

$200"; the Company 1 representative responded, "Always send anything with offers we buy anything / Can be diapers idc lol / We sell everything for right price ... What's name for air max / I'll buy all 600 pairs $70 / Each that's fair."

<u>Overt Act No. 90:</u> On October 1, 2025, defendant MARQUINA agreed to sell Company 1 approximately 693 pairs of the Nike Air Max 95 sneakers for $80 each.

<u>Overt Act No. 91:</u> On October 1, 2025, at approximately 5:30 p.m., defendants MARQUINA, MARTINEZ, and MARES delivered the stolen Nike Air Max 95 sneakers to Company 1's warehouse in Santa Monica.

<u>Overt Act No. 92:</u> On October 1, 2025, between approximately 5:48 p.m. and 5:58 p.m., defendant MARTINEZ took the following photographs while at Company 1's warehouse in Santa Monica:



MARTINEZ's Photographs on October 1, 2025

<u>Overt Act No. 93:</u> On October 1, 2025, at approximately 6:15 p.m., defendant MARQUINA informed a Company 1 representative that the sneakers were "unreleased"; defendant MARQUINA also sent the Company

1 representative a picture of the stolen Nike Air Max 95 sneakers in their original shipping boxes, showing the intended shipping recipient was located in Philadelphia, Pennsylvania.

Overt Act No. 94: On October 2, 2025, defendant MARTINEZ accepted a wire payment in the amount of $55,440 from Company 1, in exchange for the stolen Nike Air Max 95 sneakers.

Overt Act No. 95: On or about October 8, 2025, when discussing police activity at Company 1, Co-Conspirator 3 texted defendant MARTINEZ, "Everhone got cooked / In la damn near"; defendant MARTINEZ responded, "F---- pa s--- got me tripping"; Co-Conspirator 3 responded, "Good luck with them wires / If they go deep in the case / You're cooked"; defendant MARTINEZ responded, "I'm just an investor / Is what I'm saying tbh"; Co-Conspirator 3 responded, "Money laundering ahh n----"; defendant MARTINEZ responded, "This mf f--- u / 😂"; Co-Conspirator 3 responded, "Just get a lawyer and don't say shjt."

**V. October 3, 2025 – Nike Train Burglary**

Overt Act No. 96: On October 3, 2025, defendant VILLEGAS burglarized a train and stole hundreds of Nike Air Max 270 sneakers, with an estimated retail value of $310,080.

Overt Act No. 97: On October 3, 2025, defendant VILLEGAS offered to sell the stolen Nike Air Max 270 sneakers to defendant GARCIA, who offered to sell them to defendant ESPINOZA.

Overt Act No. 98: On October 4, 2025, defendant GARCIA delivered hundreds of the stolen Nike Air Max 270 sneakers to defendant ESPINOZA at defendant ESPINOZA's residence.

Overt Act No. 99: On October 6, 2025, defendant ESPINOZA possessed at his residence hundreds of stolen Nike sneakers of

various styles, including the stolen Nike Air Max 270 sneakers, as well as stolen Milwaukee heated jackets, stolen large-screen televisions, and hundreds of other stolen products, as partially depicted below:




October 6, 2025, ESPINOZA’s residence

<u>Overt Act No. 100:</u> On October 15, 2025, defendant ESPINOZA texted defendant GARICA, “Compa that load had a tracker / Them foos didn’t check it.”

**W. <u>January 2026 Text Messages</u>**

<u>Overt Act No. 101:</u> On January 16, 2026, defendant MARQUINA texted defendant NATHAN ANGEL about defendant MARQUINA’s sale of stolen Nikes to Company 1, stating that “ppl stopped checking the boxes,” which was coded language for checking the boxes for tracking devices.

<u>Overt Act No. 102:</u> On January 16, 2026, defendant NATHAN ANGEL texted defendant MARQUINA, referencing defendant ESPINOZA, “They just got Jorge for buying and receiving / Stolen property … They tools like 1.2 mil form Jorge.”

Overt Act No. 103: On January 19, 2026, defendant NATHAN ANGEL texted defendant MARQUINA, offering to sell him "1500 pairs" of shoes, including Nike "Jordan 1 low" style sneakers.

**X. July 3, 2026 – "Los Trenes" Instagram Messages**

Overt Act No. 104: On July 3, 2026, defendant SANCHEZ posted the following image to an Instagram group chat that included defendants NATHAN ANGEL, DANIEL ANGEL, RODOLFO ANGEL, JOSE ANGEL, ESTRADA, SANCHEZ, and BANUELOS (the "Los Trenes Group Chat"):






**Y. <u>July 15, 2026 – Nike Train Burglary</u>**

<u>Overt Act No. 105:</u> On July 14, 2026, defendants NATHAN ANGEL, DANIEL ANGEL, RODOLFO ANGEL, JOSE ANGEL, ESTRADA, and SANCHEZ traveled to the area of the Union Pacific train tracks in the Central District of California.

<u>Overt Act No. 106:</u> On July 14, 2026, at approximately 10:54 p.m., defendant NATHAN ANGEL posted to the Los Trenes Group Chat, "We found shoes"; defendant SANCHEZ replied, "Whoop Jordan's," referring to Nike Air Jordan sneakers.

<u>Overt Act No. 107:</u> On July 15, 2026, at approximately 2:15 a.m., co-conspirators cut the air hose for a Union Pacific train containing Nike Air Jordan sneakers, forcing the train to make an emergency stop.

<u>Overt Act No. 108:</u> On July 15, 2026, at approximately 1:57 a.m., defendant RODOLFO ANGEL posted to the Los Trenes Group Chat, "Train still over there?"; at approximately 2:23 a.m., defendant

ESTRADA posted, “Stopped it good” and defendant SANCHEZ replied “Whoop.”

Overt Act No. 109: On July 15, 2026, co-conspirators stole at least 1,541 pairs of Nike sneakers, including Nike Air Jordan sneakers, valued at $269,835, from the train.

**Z. July 29, 2026 – Nike Train Burglary**

Overt Act No. 110: On July 28, 2026, defendants NATHAN ANGEL, RODOLFO ANGEL, JOSE ANGEL, ESTRADA, and SANCHEZ traveled to the area of the Union Pacific train tracks in the Central District of California.

Overt Act No. 111: On July 29, 2026, at approximately 3:30 a.m., co-conspirators cut the air hose for a Union Pacific train containing Nike sneakers, forcing the train to make an emergency stop.

Overt Act No. 112: On July 29, 2026, co-conspirators stole Nike sneakers, valued at $318,815, from the train.

Overt Act No. 113: On July 30, 2026, defendant SANCHEZ posted a video to the Los Trenes Group Chat of co-conspirators, including defendant ESTRADA, unloading the stolen Nike sneakers at a stash house in the Central District of California.

**AA. August 5, 2026 – Nike Train Burglary**

Overt Act No. 114: On August 4, 2026, defendants NATHAN ANGEL, DANIEL ANGEL, RODOLFO ANGEL, JOSE ANGEL, ESTRADA, and SANCHEZ traveled to the area of the Union Pacific train tracks in the Central District of California.

Overt Act No. 115: On August 5, 2026, at approximately 12:42 a.m., defendant NATHAN ANGEL posted photographs of Nike shoes of various styles in their original shipping cartons to the Los Trenes

Group Chat.

Overt Act No. 116: On August 5, 2026, at approximately 3:00 a.m., co-conspirators cut the air hose for a Union Pacific train containing Nike sneakers, forcing the train to make an emergency stop.

Overt Act No. 117: On August 5, 2026, co-conspirators stole Nike sneakers, valued at $269,835, from the train.

**BB. August 6, 2026 – Nike Train Burglary**

Overt Act No. 118: On August 5, 2026, defendants NATHAN ANGEL, RODOLFO ANGEL, JOSE ANGEL, ESTRADA, and SANCHEZ traveled to the area of the Union Pacific train tracks in the Central District of California.

Overt Act No. 119: On August 6, 2026, at approximately 12:18 a.m., defendant NATHAN ANGEL posted the style number for Nike Air Jordan 9 “Space Jam” sneakers to the Los Trenes Group Chat; defendant ESTRADA responded, “No way,” and defendant SANCHEZ wrote, “Sheeeesh.”

Overt Act No. 120: On August 6, 2026, at approximately 2:40 a.m., co-conspirators cut the air hose for a Union Pacific train containing Nike Air Jordan 9 “Space Jam” sneakers, forcing the train to make an emergency stop.

Overt Act No. 121: On August 6, 2026, co-conspirators stole Nike sneakers valued at $299,050, from the train.

Overt Act No. 122: On August 6, 2026, co-conspirators loaded the stolen Nike sneakers into a box truck.

COUNT TWO

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANT NATHAN DANIEL ANGEL]

On or about February 6, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant NATHAN DANIEL ANGEL and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly stole and unlawfully took, carried away, and concealed from a railroad car, with the intent to convert to their own use, goods and chattels of a value in excess of $1,000, that is, hundreds of pairs of Nike Dunk Low sneakers, which were moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property.

COUNT THREE

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, RODOLFO ANGEL,

HEDGEMAN, VILLEGAS, and ESTRADA]

On or about February 11, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL; RODOLFO ANGEL, also known as ("aka") "Rudy" and "Flaco"; DONTA HEDGEMAN, aka "Dret"; FERNANDO ALEXIS ALVARADO VILLEGAS; and CARLOS ROBERT ESTRADA, aka "JD"; and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly stole and unlawfully took, carried away, and concealed from a railroad car, with the intent to convert to their own use, goods and chattels of a value in excess of $1,000, that is, hundreds of pairs of Nike Dunk Low sneakers, which were moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property.

COUNT FOUR

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, RODOLFO ANGEL, HEDGEMAN, VILLEGAS, GARCIA, ESTRADA, and ESPINOZA]

On or about February 25, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL; RODOLFO ANGEL, also known as ("aka") "Rudy" and "Flaco"; DONTA HEDGEMAN, aka "Dret"; FERNANDO ALEXIS ALVARADO VILLEGAS; DANIEL GARCIA; CARLOS ROBERT ESTRADA, aka "JD"; and JORGE ANGEL AGUILAR ESPINOZA; and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of pairs of Nike Air Max Nuaxis sneakers, which had been stolen from a railroad car while moving as, were a part of, and constituted an interstate and foreign shipment of, freight, express, and property, knowing such goods and chattels to have been stolen and embezzled.

COUNT FIVE

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, HEDGEMAN, VILLEGAS, and ESTRADA]

On or about March 11, 2025, in Orange County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL; DONTA HEDGEMAN, also known as ("aka") "Dret"; FERNANDO ALEXIS ALVARADO VILLEGAS; and CARLOS ROBERT ESTRADA, aka "JD"; and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly stole and unlawfully took, carried away, and concealed from a railroad car, with the intent to convert to their own use, goods and chattels of a value in excess of $1,000, that is, hundreds of pairs of Nike Air Max 270 sneakers, which were moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property.

COUNT SIX

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, MARQUINA, and MARTINEZ]

On or about July 14, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL, FREDY MARQUINA, and CARLOS LUIS FERNANDO MARTINEZ, and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of pairs of Nike Air Force 1 Low Baroque Brown/Vivid Purple sneakers, which had been stolen from a railroad car while moving as, and were a part of, and constituted an interstate and foreign shipment of, freight, express, and property, knowing such goods and chattels to have been stolen and embezzled.

COUNT SEVEN

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, RODOLFO ANGEL, HEDGEMAN, VILLEGAS, GARCIA, ESTRADA, BANUELOS, MARQUINA and MARTINEZ]

On or about July 29, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL; RODOLFO ANGEL, also known as ("aka") "Rudy" and "Flaco"); DONTA HEDGEMAN, aka "Dret"; FERNANDO ALEXIS ALVARADO VILLEGAS; DANIEL GARCIA; CARLOS ROBERT ESTRADA, aka "JD"; RUBEN MARIO BANUELOS, aka "Bubu"; FREDY MARQUINA; and CARLOS LUIS FERNANDO MARTINEZ; and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of JBL electronics, which had been stolen from a railroad car while moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property, knowing such goods and chattels had been stolen and embezzled.

COUNT EIGHT

[18 U.S.C. §§ 1992(a)(1), (b)(1), (c), 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, HEDGEMAN, VILLEGAS, GARCIA, AND ESTRADA]

On or about July 29, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL; DONTA HEDGEMAN, also known as ("aka") "Dret"; FERNANDO ALEXIS ALVARADO VILLEGAS; DANIEL GARCIA; and CARLOS ROBERT ESTRADA, aka "JD"; and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and without lawful authority or permission wrecked and disabled railroad on-track equipment, specifically, trains FCIU9929162 and GAOU6625193, which was used operated, and employed by a railroad carrier, Union Pacific Railroad Company, engaged in interstate and foreign commerce, while the railroad on-track equipment was carrying a passenger or employee at the time of the offense.

COUNT NINE

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS MARQUINA AND ESPINOZA]

On or about August 28, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendants FREDY MARQUINA and JORGE ANGEL AGUILAR ESPINOZA, and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of pairs of Nike Jordan 3 Retro Family Affair (GS) sneakers, which had been stolen from a railroad car while moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property, knowing such goods and chattels had been stolen and embezzled.

COUNT TEN

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS MARQUINA, MARTINEZ, and MARES]

On or about September 23, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendants FREDY MARQUINA, CARLOS LUIS FERNANDO MARTINEZ, and RICARDO MARES, and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of pairs of Nike Air Jordan 4 Cozy Girl sneakers, which had been stolen from a railroad car while moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property, knowing such goods and chattels had been stolen and embezzled.

COUNT ELEVEN

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS MARQUINA, MARTINEZ, and MARES]

On or about October 2, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendants FREDY MARQUINA, CARLOS LUIS FERNANDO MARTINEZ, and RICARDO MARES, and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of pairs of Nike Air Max 95 sneakers, which had been stolen from a railroad car while moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property, knowing such goods and chattels had been stolen and embezzled.

COUNT TWELVE

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS VILLEGAS, GARCIA, and ESPINOZA]

Beginning on or about October 3, 2025, and continuing through on or about October 6, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendants FERNANDO ALEXIS ALVARADO VILLEGAS, DANIEL GARCIA, and JORGE ANGEL AGUILAR ESPINOZA, and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of pairs of Nike Air Max 270 sneakers, which had been stolen from a railroad car while moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property, knowing such goods and chattels had been stolen and embezzled.

COUNT THIRTEEN

[18 U.S.C. §§ 1992(a)(1), (b)(1), (c), 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, RODOLFO ANGEL,

JOSE LUIS ANGEL, ESTRADA, and SANCHEZ]

On or about July 15, 2026, in Los Angeles County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL, RODOLFO ANGEL, also known as ("aka") "Rudy"; JOSE LUIS ANGEL, aka "Joe"; CARLOS ROBERT ESTRADA, aka "JD"; and ANGEL SANCHEZ, aka "Fluffy"; and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and without lawful authority or permission wrecked and disabled railroad on-track equipment, specifically, train ILBMN14, which was used operated, and employed by a railroad carrier, Union Pacific Railroad Company, engaged in interstate and foreign commerce, while the railroad on-track equipment was carrying a passenger or employee at the time of the offense.

COUNT FOURTEEN

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, DANIEL ANGEL, RODOLFO ANGEL, JOSE LUIS ANGEL, ESTRADA, and SANCHEZ]

On or about July 15, 2026, in Los Angeles County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL, DANIEL ANGEL, also known as ("aka") "Rayo"; RODOLFO ANGEL, aka "Rudy"; JOSE LUIS ANGEL, aka "Joe"; CARLOS ROBERT ESTRADA, aka "JD"; and ANGEL SANCHEZ, aka "Fluffy"; and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of pairs of Nike Air Jordan sneakers, which had been stolen from a railroad car while moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property, knowing such goods and chattels had been stolen and embezzled.

COUNT FIFTEEN

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, RODOLFO ANGEL, JOSE LUIS ANGEL, ESTRADA, SANCHEZ, and BANUELOS]

On or about July 30, 2026, in Los Angeles County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL, RODOLFO ANGEL, also known as ("aka") "Rudy"; JOSE LUIS ANGEL, aka "Joe"; CARLOS ROBERT ESTRADA, aka "JD"; ANGEL SANCHEZ, aka "Fluffy"; and RUBEN MARIO BANUELOS, aka "Bubu"; and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of pairs of Nike sneakers in various styles, which had been stolen from a railroad car while moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property, knowing such goods and chattels had been stolen and embezzled.

COUNT SIXTEEN

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, DANIEL ANGEL, RODOLFO ANGEL, JOSE LUIS ANGEL, ESTRADA, AND SANCHEZ]

On or about August 5, 2026, in Los Angeles County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL; DANIEL ANGEL, also known as ("aka") "Rayo"; RODOLFO ANGEL, aka "Rudy"; JOSE LUIS ANGEL, aka "Joe"; CARLOS ROBERT ESTRADA, aka "JD"; and ANGEL SANCHEZ, aka "Fluffy"; and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of pairs of Nike sneakers in various styles, which had been stolen from a railroad car while moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property, knowing such goods and chattels had been stolen and embezzled.

COUNT SEVENTEEN

[18 U.S.C. §§ 659, 2(a)]

[DEFENDANTS NATHAN DANIEL ANGEL, RODOLFO ANGEL, JOSE LUIS ANGEL, ESTRADA, and SANCHEZ]

On or about August 6, 2026, in Los Angeles County, within the Central District of California, and elsewhere, defendants NATHAN DANIEL ANGEL; RODOLFO ANGEL, also known as ("aka") "Rudy"; JOSE LUIS ANGEL, aka "Joe"; CARLOS ROBERT ESTRADA, aka "JD"; and ANGEL SANCHEZ, aka "Fluffy"; and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly possessed and received goods and chattels having a value in excess of $1,000, that is, hundreds of pairs of unreleased Nike Air Jordan 9 "Space Jam" sneakers, which were moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and property, knowing such goods and chattels had been stolen and embezzled.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of any of the offenses set forth in any of Counts One through Seventeen of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

(a) all right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

(b) to the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

KEVIN J. BUTLER
Assistant United States Attorney
Chief, Major Crimes Section

DIANE ROLDÁN
Assistant United States Attorney
Major Crimes Section